Submitted on record and brief June 11,
reversed July 28, 1982

STATE OF OREGON,
*Respondent,*
*v.*
ROBERT GARY CLARK,
*Appellant.*

(No. 81-07414, CA A24032)

648 P2d 419

Allan D. Sobel and Sobel & Coon, Portland, filed the brief for appellant.

Thomas H. Denney, Assistant Attorney General, Salem, appeared for respondent by confession of error dated June 1, 1982.

Before Gillette, Presiding Judge, and Warden and Young, Judges.

PER CURIAM

## PER CURIAM

The state concedes that, in this case of driving while suspended, the suspension order upon which defendant's conviction was based was a nullity. Accordingly, defendant's conviction is reversed.

Reversed.